UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80053-RYSKAMP/HOPKINS

EMMANUEL MORGAN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE AND CLOSING CASE

**THIS CAUSE** comes before the Court on the report of United States Magistrate Judge White **[DE 8]** entered on August 23, 2012. Plaintiff filed no objections to the Magistrate's report. This matter is ripe for adjudication.

The Court has conducted a *de novo* review of the report, objections, and pertinent portions of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

    (1) The report of United States Magistrate Judge White **[DE 8]** be, and the same hereby is **RATIFIED, AFFIRMED and APPROVED** in its entirety;

    (2) Movant's Motion to Vacate Sentence **[DE 1]** is **DENIED**;

1